

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2019

No. 04-19-00242-CV

**IN THE INTEREST OF S.M.H.**, et al., children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01398
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant has filed a motion requesting supplementation of the reporter's record and an extension of time to file appellant's brief. We grant the motion. We order court reporter Elva Chapa to file the 20-page record of the March 28, 2019, hearing by June 20, 2019. We order appellant's brief filed by July 8, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court